IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KRISTINE LOUISE FIERMAN,<br><br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15,<br><br>      Movant,<br><br>      v.<br><br>KRISTINE LOUISE FIERMAN, and SCOTT F. WATERMAN, Chapter 13 Trustee.<br><br>      Respondents. | Bankruptcy No. 19-13104-jkf<br><br>Chapter 13 |

**ORDER**

And now this _____, day of _____, 2020, upon consideration of Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-15's Motion for Approval of Loan Modification and any response thereto (if any), it is:

ORDERED and DECREED that the Modification Agreement as attached to the Motion for Approval for Loan Modification is approved.

**Date: February 5, 2020**

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge