**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kristine Louise Fierman |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern    District of    Pennsylvania (State) |
| Case number | 19-13104-JKF |

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15 C/O Specialized Loan Servicing, LLC

**Court claim no.** (if known):    4-2

**Last four digits** of any number you use to identify the debtor's account:    7933

**Date of payment change:**
Must be at least 21 days after date of this notice    07/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $1,598.33

---

### Part 1:    Escrow Account Payment Adjustment

**1.    Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:**  $355.47          **New escrow payment:**  $456.09

---

### Part 2:    Mortgage Payment Adjustment

**2.    Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:**          %          **New interest rate:**          %

**Current principal and interest payment**  $          **New principal and interest payment:**  $

---

### Part 3:    Other Payment Change

**3.    Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

**Reason for change:**

**Current mortgage payment:**  $          **New mortgage payment:**  $

---

| Debtor 1 | Kristine Louise Fierman | | | Case Number *(if known)* | 19-13104-JKF |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

---

| Part 4: | Sign Here |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗** /s/ **Natalie E. Lea**                                          Date    06/09/2020
    Signature

Print:    **Natalie E. Lea**                                          Title    Authorized Agent for Specialized Loan Servicing,
        First Name    Middle Name    Last Name                        LLC

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
        Number    Street

        Dallas, Texas  75254
        City    State    Zip Code

Contact phone    (972) 643-6600    Email    POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in

interest on or before June 9, 2020 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Kristine Louise Fierman
4 Dorset Drive
Broomall, PA 19008

**Debtors' Attorney**
LAWRENCE S. RUBIN
Lawrence S. Rubin, Atty.
337 West State Street
Media, PA 19063-2615

**Chapter 13 Trustee**
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Respectfully Submitted,

/s/ **Natalie E. Lea**